

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00123-CV

_____

$11,910 IN U.S. CURRENCY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th Judicial District Court
Upshur County, Texas
Trial Court No. 249-08

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Kevin Lewis, the sole appellant in this case, has filed a motion seeking to dismiss his appeal.

Pursuant to TEX. R. APP. P. 42.1, his motion is granted.

We dismiss the appeal.


                                        Jack Carter
                                        Justice

Date Submitted:      December 15, 2008
Date Decided:        December 16, 2008